1  Howard G. Pollack (#162897) pollack@fr.com
   Katherine D. Prescott (#215496) prescott@fr.com
2  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
3  Redwood City, California 94063
   Telephone: (650) 839-5070
4  Facsimile: (650) 839-5071

5  Attorneys for Plaintiff
   PLS-PACIFIC LASER SYSTEMS
6
   Mary Jo Shartsis (# 55194) mjshartsis@sflaw.com
7  SHARTSIS FRIESE LLP
   One Maritime Plaza, Eighteenth Floor
8  San Francisco, CA 94111
   Telephone:  (415) 421-6500
9  Facsimile: (415) 421-2922

10 Attorneys for Defendants
   TLZ INC., ROBOTOOLZ, INC., TOOLZ
11 GMBH, TOOLZ, LTD., JOSEPH
   SCHUCHERT III, ANDREW BUTLER,
12 EDMUND SHEA, FRANK FERACO, and
   ABBOTT STILLMAN
13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        (SAN JOSE DIVISION)          *E-FILED - 4/3/07*
16

17 | PLS-PACIFIC LASER SYSTEMS, | Case Nos.  C00-20500 RMW
   | a California general partnership, |           C06-04585 RMW
18 |                           |
   |         Plaintiff,        | **STIPULATION AND []**
19 |                           | **ORDER TO RESCHEDULE MOTION**
   |     v.                    | **HEARING AND ASSOCIATED DATES**
20 |                           |
21 TLZ INC., a California corporation,
   dba TOOLZ, ROBOTOOLZ, INC., a California
22 corporation, TOOLZ GMBH, a German limited
   liability company, and TOOLZ, LTD., a Hong
23 Hong limited liability company, JOSEPH
   SCHUCHERT III, ANDREW BUTLER,
24 EDMUND SHEA, FRANK FERACO, and
   ABBOTT STILLMAN

25          Defendants.

26 AND RELATED CASE.

27

28

1  IT IS HEREBY STIPULATED, by and between the parties, through their respective
2  counsel, pursuant to Local Rules 6-2 and 7-12, that, subject to the approval of this Court, the
3  hearing on Defendants' motion to dismiss the amended complaint for failure to state a claim and
4  motion to quash service and dismiss for lack of personal jurisdiction and/or venue noticed for
5  March 9, 2007, at 9:00 a.m., be heard on March 16, 2007, at 9:00 a.m.  This request is made in
6  light of the Court's scheduling of the Case Management Conference for March 16, 2007 and to
7  accommodate the schedule of Plaintiff's counsel.  It should not effect the case schedule.  Previous
8  changes to the case schedule include an extension of time for Defendants to respond to the
9  Amended Complaint and the rescheduling of the Case Management Conference from February 2,
10 2007, to March 16, 2007.

11  The parties further stipulate that the last day for Plaintiff to oppose Defendants' motions
12 shall be February 20, 2007, and that the last day for Defendants to respond to Plaintiff's
13 oppositions shall be March 2, 2007.

Dated:  February 7, 2007                    FISH & RICHARDSON P.C.


                                            By:  */s/ Katherine D. Prescott*
                                                 Katherine D. Prescott

                                            Attorneys for Plaintiff
                                            PLS-PACIFIC LASER SYSTEMS


Dated:  February 7, 2007                    SHARTSIS FRIESE LLP


                                            By:  */s/ Mary Jo Shartsis*
                                                 Mary Jo Shartsis

                                            Attorneys for Defendants
                                            TLZ INC., ROBOTOOLZ, INC., TOOLZ
                                            GMBH, TOOLZ, LTD., JOSEPH
                                            SCHUCHERT III, ANDREW BUTLER,
                                            EDMUND SHEA, FRANK FERACO, and
                                            ABBOTT STILLMAN

**DECLARATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mary Jo Shartsis.

Dated: February 7, 2007                           FISH & RICHARDSON P.C.


By: */s/ Katherine D. Prescott*
    Katherine D. Prescott

Attorneys for Plaintiff
PLS-PACIFIC LASER SYSTEMS


**ORDER**

Good cause appearing, the Court orders that the Defendants' motions noticed for hearing on March 9, 2007, at 9:00 a.m. shall be heard on March 16, 2007, at 9:00 a.m.. The Court further orders that Plaintiff's last day to oppose Defendants' motions shall be February 20, 2007, and that Defendants' last day to respond to Plaintiff's oppositions shall be March 2, 2007.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 4/3/07                            *Ronald M. Whyte*
                                         Honorable Ronald M. Whyte
                                         United States District Court Judge

50398430.doc