IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLS-PACIFIC LASER SYSTEMS,

    Plaintiff,

    -v-

TLZ, INC., et al.,

    Defendant.

*E-FILED - 8/22/07*

CASE NO.: C-06-04585-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Defendant's (1) Motion to Quash Service and Motion to Dismiss; (2) Answer; (3) Motion to Dismiss Amended Complaint shall be filed under seal.

IT IS SO ORDERED.

DATED: August 22, 2007

                                              RONALD M. WHYTE
                                            United States District Judge

Copy of Order E-Filed to Counsel of Record: