| | |
|---|---|
| 1 | Howard G. Pollack (#162897) pollack@fr.com |
| | Katherine D. Prescott (#215496) prescott@fr.com |
| 2 | Enrique D. Duarte (#247523) duarte@fr.com |
| | FISH & RICHARDSON P.C. |
| 3 | 500 Arguello Street, Suite 500 |
| | Redwood City, California 94063 |
| 4 | Telephone: (650) 839-5070 |
| | Facsimile: (650) 839-5071 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | PLS-PACIFIC LASER SYSTEMS |
| 7 | Mary Jo Shartsis (# 55194) mjshartsis@sflaw.com |
| | James P. Martin (#170044) jmartin@sflaw.com |
| 8 | Simone M. Katz (#246490) skatz@sflaw.com |
| | SHARTSIS FRIESE LLP |
| 9 | One Maritime Plaza, Eighteenth Floor |
| | San Francisco, CA 94111 |
| 10 | Telephone: (415) 421-6500 |
| | Facsimile: (415) 421-2922 |
| 11 | |
| | Attorneys for Defendants |
| 12 | ROBOTOOLZ, INC., JOSEPH SCHUCHERT III, ANDREW BUTLER, EDMUND SHEA, |
| 13 | FRANK FERACO, and ABBOTT STILLMAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)   *E-FILED - 10/18/07*

| | |
|---|---|
| PLS-PACIFIC LASER SYSTEMS, a California general partnership, | Case Nos.  C06-04585 RMW<br>C00-20500 RMW |
| Plaintiff, | **STIPULATION AND []** |
| v. | **ORDER TO FURTHER CONTINUE DATES FOR DEFENDANTS' MOTIONS TO DISMISS** |
| TLZ INC., a California corporation, dba TOOLZ, ROBOTOOLZ, INC., a California corporation, TOOLZ, LTD., a Hong Kong limited liability company, JOSEPH SCHUCHERT III, ANDREW BUTLER, EDMUND SHEA, FRANK FERACO, and ABBOTT STILLMAN | Date:       February 1, 2008<br>Time:       9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge:       Hon. Ronald M. Whyte |
| Defendants. | |
| AND RELATED CASE. | |

Pursuant to Local Rule 7-7, it is hereby stipulated by and between RoboToolz, Inc. ("RoboToolz"), Joseph Schuchert III ("Schuchert"), Andrew Butler ("Butler"), Edmund Shea ("Shea"), Frank Feraco ("Feraco"), and Abbott Stillman ("Stillman") (collectively "Defendants") and PLS-Pacific Laser Systems ("Plaintiff") (Defendants and Plaintiff referred to collectively as "Parties") through their respective counsel, that – subject to the approval of this Court – the hearing on the Renewed Motion to Dismiss for Lack of Personal Jurisdiction and/or Venue and the Motion to Dismiss Count Three of the Second Amended Complaint for Failure to State a Claim, currently scheduled for November 30, 2007, at 9:00 a.m., be moved forward to February 1, 2008, at 9:00 a.m. This request is made in light of the fact that the Parties are currently engaged in settlement discussions.

Parties further stipulate that the last day for Plaintiff to oppose the motions shall be January 4, 2008, and that the last day for Defendants to respond to Plaintiff's oppositions shall be January 18, 2008.

Dated: October 12, 2007                     FISH & RICHARDSON P.C.


                                            By: /s/ *Katherine D. Prescott*
                                                Katherine D. Prescott

                                            Attorneys for Plaintiff
                                            PLS-PACIFIC LASER SYSTEMS


Dated: October 12, 2007                     SHARTSIS FRIESE LLP


                                            By:  /s/ *Mary Jo Shartsis*
                                                 Mary Jo Shartsis

                                            Attorneys for Defendants
                                            TLZ INC., ROBOTOOLZ, INC., TOOLZ
                                            GMBH, TOOLZ, LTD., JOSEPH
                                            SCHUCHERT III, ANDREW BUTLER,
                                            EDMUND SHEA, FRANK FERACO, and
                                            ABBOTT STILLMAN

## DECLARATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mary Jo Shartsis.

Dated: October 12, 2007                    FISH & RICHARDSON P.C.


By: */s/ Katherine D. Prescott*
    Katherine D. Prescott

Attorneys for Plaintiff
PLS-PACIFIC LASER SYSTEMS


## ORDER

Good cause appearing, the Court orders that the motions scheduled for hearing on November 30, 2007, at 9:00 a.m. shall instead be heard on February 1, 2008, at 9:00 a.m. The Court further orders that Plaintiff's last day to oppose Defendants' motions shall be January 4, 2008, and that Defendants' last day to respond to Plaintiff's oppositions shall be January 18, 2008.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: 10/18/07                    *Ronald M. Whyte*
    Honorable Ronald M. Whyte
    United States District Court Judge

50441572.doc