Howard G. Pollack (#162897) pollack@fr.com
Katherine D. Prescott (#215496) prescott@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiff
PLS-PACIFIC LASER SYSTEMS

Mary Jo Shartsis (# 55194) mjshartsis@sflaw.com
SHARTSIS FRIESE LLP
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922

Attorneys for Defendants
TLZ INC., ROBOTOOLZ, INC., TOOLZ GMBH, TOOLZ, LTD., JOSEPH SCHUCHERT III, ANDREW BUTLER, EDMUND SHEA, FRANK FERACO, and ABBOTT STILLMAN

***E-FILED - 12/20/07***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLS-PACIFIC LASER SYSTEMS, a California general partnership,<br><br>Plaintiff,<br><br>v.<br><br>TLZ INC., a California corporation, dba TOOLZ, ROBOTOOLZ, INC., a California corporation, TOOLZ, LTD., a Hong Kong limited liability company, JOSEPH SCHUCHERT III, ANDREW BUTLER, EDMUND SHEA, FRANK FERACO, and ABBOTT STILLMAN,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. C06-04585 RMW<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that:

1. This action be and hereby is dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1); and

2. All parties shall bear their own attorneys' fees and costs.

SHARTSIS FRIESE LLP

Dated: December 14, 2007

_Mary Jo Shartsis_
Mary Jo Shartsis

Attorneys for Defendants
TLZ INC., ROBOTOOLZ, INC., TOOLZ, LTD., JOSEPH SCHUCHERT III, ANDREW BUTLER, EDMUND SHEA, FRANK FERACO, and ABBOTT STILLMAN

FISH & RICHARDSON P.C.

Dated: December 14, 2007

_Howard G. Pollack_
Howard G. Pollack

Attorneys for Plaintiff
PLS-PACIFIC LASER SYSTEMS

PURSUANT TO STIPULATION, this matter is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs. IT IS SO ORDERED.

Dated: 12/20, 2007

_Ronald M. Whyte_
Honorable Ronald Whyte
United States District Judge

50449071.doc